## PORTER v. MEADE.

Court of Appeals of Kentucky.

(Decided Oct. 2, 1934.)

J. M. BOLLING for movant.

L. J. MAY, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## THURMOND v. WILSON.

Court of Appeals of Kentucky.

(Decided Oct. 12, 1934.)

OSCAR M. SMITH for appellants.

JOHN A. WHITAKER for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.